United States Casualty Company, a Corporation, Plaintiff in Error, v. Marie L. Ford, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Duval County.

Writ of error dismissed on praecipe of counsel for plaintiff in error.

---

Isadora Tucker and J. M. Tucker, Appellants, v. Joseph A. Glesencamp and Louis Glesencamp, Appellees.

Appeal from a decree of the Circuit Court for Hillsborough County.

Appeal dismissed on praecipe of counsel for appellants.

---

L. F. Cawthorn, E. W. Thorp, M. E. Wickersham, R. N. Tarrance, M. T. King, and A. R. Campbell, Plaintiffs in Error, v. State of Florida ex rel. R. H. & W. F. Graves, Defendants in Error.

Writ of error to a judgment of the Circuit Court for Walton County.

Writ of error dismissed on praecipe for plaintiffs in error.